# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON MALIK CROFTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 1:21-cv-01581-AWI-BAK<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**DEADLINE: OCTOBER 31, 2022** |

On September 29, 2022, the parties appeared for a settlement conference before United States Magistrate Judge Stanley A. Boone and reached a settlement agreement. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **October 31, 2022**.

IT IS SO ORDERED.

Dated:   **September 29, 2022**　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1