**LEVIN & NALBANDYAN, LLP**
A. JACOB NALBANDYAN, SB# 272023
   E-Mail: jnalbandyan@LNtriallawyers.com
811 Wilshire Blvd., Suite 800
Los Angeles, California 90017
Tel: (213) 232-4848 | Fax: (213) 232-4849

Attorneys for Plaintiff
TREVON MALIK CROFTON

**LITTLER MENDELSON, PC**
IRENE V. FITZGERALD, SB# 266949
   E-Mail: ifitzgerald@littler.com
VANESSA M. COHN, SB# 314619
   E-Mail: vcohn@littler.com
5200 North Palm Avenue, Suite 302
Fresno, California 93704
Tel: (599) 244-7500 | Fax: (559) 244-7525

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVON MALIK CROFTON, an individual, <br><br> Plaintiff, vs. <br><br> TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: 1:21-cv-01581-AWI-JLT <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br><br><br><br><br> Complaint Filed: September 22, 2021 <br> Removal Date: October 26, 2021 |

///

L&N File # 5589                  -1-

STIPULATION TO DISMISS WITH PREJUDICE

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

The parties, by and through their counsel, hereby voluntarily stipulate that all aspects of the above-captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: October 21, 2022                           **LEVIN & NALBANDYAN, LLP**

By: ___/s/A. Jacob Nalbandyan___
A. Jacob Nalbandyan, Esq.
Attorneys for Plaintiff,
TREVON MALIK CROFTON

Dated: October 21, 2022                           **LITTLER MENDELSON, PC**

By: _____
Irene V. Fitzgerald
Vanessa M. Cohn
Attorneys for Defendant
TARGET CORPORATION

# PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I am employed in County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5200 North Palm Avenue, Suite 302, Fresno, California 93704.2225. On this 22nd day of November, 2022, I served a copy of the within document(s):

**STIPULATION TO DISMISS WITH PREJUDICE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is jdrudge@littler.com:

    A. Jacob Nalbandyan, Esq.
    jnalbandyan@LNtriallawyers.com
    Ryan Handley, Esq.
    rhandley@LNtriallawyers.com
    LEVIN & NALBANDYAN, LLP
    811 Wilshire Blvd, Suite 800
    Los Angeles, CA 90017
    Tel: (213) 232-4848
    Fax: (213) 232-4849

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 22nd day of November, 2022, at Fresno, California.

*Jennifer A. Drudge*
Jennifer A. Drudge

4867-0537-5232.1 / 052067-1694